ROBERT A. KRAUSE (*Pro Hac Vice*)
ELIZABETH A. RICHARDS (*Pro Hac Vice*)
THE SPENCE LAW FIRM
15 South Jackson Street
Jackson, Wyoming 83001
Tel.: (307) 733-7290; Fax: (307) 733-5248
krause@spencelawyers.com
richards@spencelawyers.com

MARK P. ROBINSON, JR. (State Bar No. 054426)
KEVIN F. CALCAGNIE (State Bar No. 108994)
DANIEL S. ROBINSON (State Bar No. 244245)
SCOT D. WILSON (State Bar No. 223367)
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, Suite 700
Newport Beach, California 92660
Tel.: (949) 720-1288;Fax: (949) 720-1292
mrobinson@rcrlaw.net
kcalcagnie@rcrlaw.net
drobinson@rcrlaw.net
swilson@rcrlaw.net

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 8:10ML2151 JVS (FMOx) <br><br> MDL 2151 <br><br> Honorable James V. Selna |
| ************************************ <br> This document relates to: <br><br> SHIRLENE VAN ALFEN, et al. <br><br> Plaintiffs, <br> vs. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, et al. <br><br> Defendants. | ******************************** <br> **Case No.  11-cv-04143 JVS (FMOx)*** <br><br> **ORDER GRANTING THE TOYOTA DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND DISMISSING PLAINTIFFS' COMPLAINT *WITHOUT PREJUDICE*** <br><br> Date:      September 12, 2011 <br> Time:     1:30 p.m.; Dept.:   10-C |

---

[*PROPOSED*] ORDER GRANTING THE TOYOTA DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION AND DISMISSING PLAINTIFFS' COMPLAINT
*WITHOUT PREJUDICE*

On August 8, 2011, Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor Corporation, Toyota Motor North America, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (the "Toyota Defendants") filed a motion to dismiss Plaintiffs' complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). (*See* Doc. No. 33). The complaint alleged that there was federal question jurisdiction pursuant to 28 U.S.C. § 1331 under the Federal Magnuson Moss Warranty Act ("MMWA"), 15 U.S.C. § 2301 *et seq*. On August 22, 2011, Plaintiffs opposed. (*See* Doc. No. 35). On August 26, 2011, Defendant Tony Divino Enterprises filed a joinder in the Toyota Defendants' motion to dismiss. On August 29, 2011, the Toyota Defendants filed their reply. (*See* Doc. No. 38). On September 12, 2011, the Court heard oral arguments and took the matter under submission.

On September 29, 2011, the Court issued an order granting the Toyota Defendants' motion to dismiss for lack of subject matter jurisdiction. (*See* Doc. No. 40), concluding:

> "Although punitive damages may be available in Utah for breach of warranty claims sounding in tort, because danger to person or property must first be involved, any punitive damages stemming therefrom are rooted in personal injury, and must necessarily be excluded from consideration under an MMWA claim. Because the punitive damages sought here may not be added to Plaintiffs' MMWA damages, Plaintiffs are unable to reach the jurisdictional threshold of $50,000 in damages. Accordingly, Defendants' motion is granted and the case is dismissed for lack of jurisdiction."

(Doc. No. 40, at p. 16).

Because the Court lacks federal question subject matter jurisdiction under the MMWA, the Rule 12(b)(1) motion by the Toyota Defendants is granted. Accordingly, Plaintiffs' complaint is subject to dismissal ***without prejudice*** pursuant to Rule 12(b)(1). *See*, *e.g.*, *Frigard v. United States*, 862 F.2d 201, 204 (9th Cir.1988) (dismissal for lack of subject matter jurisdiction should be pursuant to Fed. R. Civ. P. 12(b)(1) rather than Fed. R. Civ. P. 41(b) and should be without prejudice).

[*PROPOSED*] ORDER GRANTING THE TOYOTA DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND DISMISSING PLAINTIFFS' COMPLAINT
*WITHOUT PREJUDICE*

Thus, IT IS HEREBY ORDERED that:

(1) The Toyota Defendants' Fed. R. Civ. P. 12(b)(1) motion to dismiss for lack of subject matter jurisdiction (federal question jurisdiction under the MMWA) is **GRANTED**;

(2) Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(1).

IT IS SO ORDERED.

Dated: October 06, 2011     _____
                             HON. JAMES V. SELNA
                             UNITED STATES DISTRICT JUDGE

[*PROPOSED*] ORDER GRANTING THE TOYOTA DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND DISMISSING PLAINTIFFS' COMPLAINT *WITHOUT PREJUDICE*